UNITED STATES DISTRIC COURT
FOR THE
EASTERN DISTRICT OF NEW YORK



**ORIGINAL**

JACINTO RIVERA,
   Plaintiff(s)

- against -

THE UNITED STATES; et al
   Defendants.

**AFIRMATION OF SERVICE**

**Case No. 23-02035-DG-MMH**

I, Jacinto Rivera, declare under penalty of perjury that I have served a copy of the attached Letter dated April 21, 2023, amended Complaint, amended summons, two sets of Statement of service by mail and acknowledgement of receipt, upon The City of New York, Attn: Mayor Eric Adams, whose address is: 100 Gold Street, New York, NY 10038, Via Certified Mail 7022 1670 0003 0660 5290.

Dated: May 10, 2023
New York, New York

Pro Se Plaintiff Signature
Jacinto Rivera
XXX-XX-8992
Last 4 digits of Social Security Number
60 Water Street Apt.1604
Brooklyn, NY 11201
Tel: (212) 882-1743
Email: legal@jacintorivera.com



7022 1670 0003 0660 5290

April 21, 2023     AMENDED COMPLAINT AND SUMMONS

The City of New York
100 Gold Street
New York, NY 10038
Attn: NYC Mayor Eric Adams

Subject:   JACINTO RIVERA -against- THE UNITED STATES; et al Case No. 23-CV-01448 TRANSFERRED to THE UNITED STATED DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK Case No. 23-CV-02035-DG-MMH.

Dear NYC Mayor Eric Adams:

This correspondence is to inform you that JACINTO RIVERA -against- THE UNITED STATES; et al 23-CV-01448 has been transferred to the United States District Court for the Eastern District of New York under Case No. 23-CV-02035-DG-MMH. Please find attached, copy of amended complaint and Summons, Statement of Service by Mail and, Acknowledgement of Receipt Form, and pre-paid envelope.

Any respond to the above should be directed to the Plaintiff and to the United State District Court for the Eastern District of New York. That even though the case has been transferred, any defendant should submit their respond to such complaint within 60 days from the time summons and complaint was delivered to defendant.

Please, understand that this complaint and any legal actions against The United States, any of its Employees, and or Agencies, it has been brought under the United States Constitution and not under the jurisdiction of U.S. Department of Justice (DOJ), which it is a political affiliated agency. That the United States, The United States Government, Employees, U.S. President Joseph R. Biden jr., U.S. Vice President Kamala Harris, The Biden-Harris Administration, U.S. Senate, U.S. House of Representatives, or any of its Agencies are required to submit their respond or any subpoena of evidence to the United States District Court for the Eastern District of New York under Case No. 23-CV-02035-DG-MMH. That any updates, amendments to this complaint, would be available via PACER, for faster access. Your office should register with the United States District Court for the Eastern District of New York in order to received electronic updates regarding this complaint. Your cooperation within this matter would be gladly appreciated.

Sincerely yours

Jacinto Rivera

Sent Via Certified Mail: 7022 1670 0003 0660 5290

60 Water Street Apt. 1604 Brooklyn, New York 11201
Phone: 1 (212) 882-1743 E-mail: legal@jacintorivera.com

STATEMENT OF SERVICE BY MAIL AND
ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF
SUMMONS AND COMPLAINT OR SUMMONS AND NOTICE
OR NOTICE OF PETITION AND PETITION

**ORIGINAL**

JACINTO RIVERA,
    Plaintiff(s)
- against -
THE UNITED STATES; et al
    Defendants.

) **Statement
) Of Service by Mail**
)
)
) Case No. 1:23-CV-02035-DG-MMH

### STATEMENT OF SERVICEBY MAIL

To:    THE CITY OF NEW YORK
        100 GOLD STREET
        NEW YORK, NEW YORK 10038
        ATTN: NYC MAYOR ERIC ADAMS

The enclosed summons and complaint, are served pursuant to section 312-a of the Civil Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgement part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it. You should keep a copy for your records or your attorney. If you wish to consult an attorney, you should do so as soon as possible before the thirty (30) days expire.

If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay expenses incurred in serving the summons and complaint, or summons and notice, or notice of petition and petition in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

If you have received a complaint or petition with this statement, the return of this statement and acknowledgement does not relieve you of the necessity to answer the complaint or petition. The time to answer expires twenty (20) days after the day you mail or deliver this form to the sender. If you wish to consult with an attorney, you should do so as soon as possible before the twenty (20) days expire.

ACKNOWLEDGEMENT OF RECEIPT
OF SUMMONS AND COMPLAINT OR SUMMONS AND NOTICE
OR NOTICE OF PETITION AND PETITION

JACINTO RIVERA,
       Plaintiff(s)

- against -

THE UNITED STATES; et al
       Defendants.

**ACKNOWLEDGEMENT OF RECEIPT**

Case No. 1:23-CV-02035-DG-MMH

**ACKNOWLEDGEMENT OF RECEIPT**

I received a summons and complaint, in the above-captioned matter at THE CITY OF NEW YORK 100 GOLD STREET, NEW YORK, NEW YORK 10038.

PLEASE CHECK ONE OF THE FOLLOWING;
IF 2 IS CHECKED, COMPLETE AS INDICATED:

    1. / / I am not in military service.
    2. / / I am in military service, and my rank and branch of service
are as follows:

Rank:_____

Branch of Service:_____

TO BE COMPLETED REGARDLESS OF MILITARY STATUS:

Date:_____
       (Date this Acknowledgement is executed)

I affirm the above as true under penalty of perjury.

_____
Signature

_____
Print name

_____
Name of Defendant for which acting

_____
Position with Defendant for which acting
(i.e., officer, attorney, etc.)

The City of New York
100 Gold Street
New York, NY 10038



JACINTO RIVERA
60 Water Street Apt. 1604
Brooklyn, New York 11201

JACINTO RIVERA
60 WATER STREET APT. 1604
BROOKLYN, NEW YORK 11201            PHONE: 1(212) 882-1743

TO:   THE CITY OF NEW YORK
      100 GOLD STREET
      NEW YORK, NY 10038
      ATTN: NYC MAYOR ERIC ADAMS

PERSONAL AND CONFIDENTIAL



# USPS Tracking®

FAQs >

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

**70221670000306605290**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**
    USPS Tracking Plus®

Delivered

Out for Delivery

Preparing for Delivery

**Moving Through Network**
In Transit, Arriving Late
April 30, 2023

**Departed USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
April 26, 2023, 6:30 pm

See All Tracking History

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs