


UNITED STATES DISTRIC COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

JACINTO RIVERA, )
        Plaintiff(s) )  **AFIRMATION OF SERVICE**
        - against - )
         )  **Case No. 23-02035-DG-MMH**
THE UNITED STATES; et al )
        Defendants. )

I, Jacinto Rivera, declare under penalty of perjury that I have served a copy of the attached, amended complaint, amended summons, and supporting letters of previous served via USPS Certified Mail dated February 27, 2023, April 21, 2023, May 2, 2023 under the Federal Rule of Civil Procedures, and May 3, 2023 upon The City of New York, Attn: Mayor Eric Adams, whose address is: 100 Gold Street, New York, NY 10038, Via NYC Sheriff's Personal Serve Process on May 30, 2023 by Deputy Sheriff Ruslan Shulyar, Shield No. 423.

Dated: June 9, 2023
New York, New York

_____
Pro Se Plaintiff Signature
Jacinto Rivera
XXX-XX-8992
Last 4 digits of Social Security Number
60 Water Street Apt.1604
Brooklyn, NY 11201
Tel: (212) 882-1743
Email: legal@jacintorivera.com



# SHERIFF'S CERTIFICATE OF SERVICE

**Personal Service**

Case No. 23-CV-01448
23-CV-02035-DG-MMH
Sheriff's Case # 23017374

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
**JACINTO RIVERA**
PLAINTIFF/PETITIONER,

   VS

**THE UNITED STATES; ET AL**
DEFENDANTS/RESPONDENTS.
--------------------------------------------------------x
**STATE OF NEW YORK}**
**COUNTY OF NEW YORK}SS:**

I, **RUSLAN SHULYAR**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certify that: I am not a party to this action or proceeding and over 18 years of age. I further certify that on **5/30/2023**, at approximately **10:03 AM** at **100 CHURCH STREET NEW YORK, NY 10007** in the borough of **MANHATTAN**, County of **NEW YORK**, I served the annexed: **SUPPORTING DOCUMENTS, AMENDED SUMMONS IN A CIVIL ACTION, RIDER TO AMENDED SUMMONS IN A CIVIL ACTION & AMENDED COMPLAINT** upon **ERIC ADAMS**, in the following manner:

**[X] PERSONAL SERVICE**

By delivering to and leaving with, **ARITON MARKE**, a person of suitable age and discretion, who stated he was **DEPUTY UNIT CHIEF FOR THE NEW YORK CITY LAW DEPARTMENT** to the **PERSON TO BE SERVED**, a true copy thereof. Said address is the place of **business** of the **PERSON TO BE SERVED**.

**[X] DESCRIPTION:**

| | | | |
|---|---|---|---|
| Skin Complexion: **LIGHT** | Sex: **Male** | Approx. Age: **175** | Height: **5'9"** |
| Weight: **175lbs.** | Hair Color: **BROWN** | | |

**[X] MAILING**

On **5/30/2023** I mailed the above mentioned process (es) by first class USPS mail to the person to be served at his last known actual place of business at **100 CHURCH STREET, NEW YORK, NY 10007** in an envelope bearing the legend **"PERSONAL AND CONFIDENTIAL"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the **PERSON TO BE SERVED**.

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

Dated: 5/30/2023

SHERIFF OF THE CITY OF NEW YORK
ANTHONY MIRANDA

BY: _____
RUSLAN SHULYAR
DEPUTY SHERIFF
SHIELD # 423

 

# NYC Department of Finance • Office of the Sheriff
## SERVICE OF PROCESS INTAKE

**Mail to:** County Office of the Sheriff where the services are to be made. County Sheriff locations are listed on the reverse side.

**Instructions:** Use this form to request services from the Office of the Sheriff. Service can include notices, petitions, subpoenas, orders, writs and other related papers. Please read the entire page before completing and see reverse side for informaiton regarding service fees and borough locations of the Office of the Sheriff. **Please note:** This form **MUST** be completed in English.

### SECTION I - FILING PARTY INFORMATION

Filing Party: **JACINTO** (PRINT FIRST NAME) **RIVERA** (PRINT LAST NAME)
Daytime Telephone No.: **212-882-1743**
Address: **60 Water Street** (NUMBER AND STREET) **Apt. 1604** (APT. NO.) City: **Brooklyn** State: **NY** Zip Code: **11201**

### SECTION II - COURT INFORMATION

The Summons was obtained in the following Court:

[ ] FAMILY COURT   [ ] SUPREME COURT   [ ] CIVIL COURT   [✓] OTHER COURT **Disctrict Court**

County of: [ ] NEW YORK   [ ] BRONX   [✓] KINGS   [ ] QUEENS   [ ] RICHMOND   [ ] OTHER _____

Court Address: **225 Cadman Plaza E.** (NUMBER AND STREET) City: **Brooklyn** State: **NY** Zip Code: **11201**

### SECTION III - SUBJECT INFORMATION

Person To Be Served: **Eric** (PRINT FIRST NAME) **Adams** (PRINT LAST NAME)   Date of Birth: **09/01/1960**   SSN: _____

Address: **City Hall** (NUMBER AND STREET) _____ (APT. NO.)   Borough: **New York**   Zip Code: **10007**

Best Time to Attempt Service at this address: _____   Home Number: _____   Cell Number: _____

Alternative Address: _____ (NUMBER AND STREET) _____ (APT. NO.)   Borough: _____   Zip Code: _____

Best Time to Attempt Service at this address: _____   Home Number: _____   Cell Number: _____

Employer: _____   Address: _____

Physical Description: Picture Provided? [ ] YES [ ] NO

Sex: ___ Height: ___ Weight: ___ Hair: ___ Skin: ___ Tatoos/Other: _____

Vehicle Information: Make: _____ Model: _____ Year: _____ Color: _____

### SECTION III - GENERAL INFORMATION

Indicate below any information which may be helpful in effecting a prompt and safe service of the person: i.e. best time to serve papers, criminal activity at location, threats of violence, animals, person is emotionally disturbed or any other behavior or circumstance.

_____

### SECTION IV - CERTIFICATION

The undersigned hereby affirms to the best of his/her knowledge that the mandate being filed is in full effect, and request is made to the Sheriff for service by statutory authority.

Signature: *[signature]*   Date: **May 3, 2023**

Visit Finance at nyc.gov/finance

SH-0609  11.10.2016




**NYC Department of Finance • Office of the Sheriff
Law Enforcement Bureau**

## Guidelines for Service of Court Papers

Dear Sir/Madam,

You have obtained a Family Court summons or other court document which directs the other party to either answer or appear in court on a specific date and are now in the process of filing with the Sheriff for service.

In order for the Sheriff to attempt service, you must provide an address where the Defendant/Respondent can be found during regular business hours and your filing must allow ample time for service.

Most Family Court papers must be served at least eight (8) days prior to the date set for appearance in court. You must file all papers bearing a date of appearance at least three weeks prior to that date, as the Sheriff may not be able to make contact with the Defendant/Respondent on the first attempt.

**Be advised that the Sheriff can never guarantee service**, even if all information is accurate and filing is timely. **FILING FEES ARE NON-REFUNDABLE.**

I understand that the Sheriff does not guarantee service and that the filing fees are non refundable. I have been advised of the suggested time frame for dated process and it is my responsibility to provide the Sheriff with information about the Defendant/Respondent whereabouts during regular business hours.

_[Signature]_     May 3, 2023

Plaintiff/Petitioner Signature     Date

Visit Finance at nyc.gov/finance

☑ Track your expenses...
☐ Clothing   ☐ Food      ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM      280

May 3, 2023

NYC Sheriff
Fifty Two dollars and 00/100

THIS ITEM  52.00

NOT NEGOTIABLE

For added security, your name and account number do not appear on this copy.

